# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY-LOUISE SUSIE BUCK

VERSUS

EUGENE PAUL RIVARDE

NO.   2023 CW 1355

**JANUARY 18, 2024**

In Re:   Mary-Louise Buck, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         202014641.

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT